IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

DEPUY SYNTHES SALES, INC.,

Plaintiff,

vs.

MICHAEL JONES, JACOB SCHOOLS and SKY SURGICAL, INC.,

Defendants.

Civil Action No.: 2:13-cv-392

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a) of the Rules of Civil Procedure, the parties stipulate that, the matters in controversy having been compromised, agreed, and settled, all of plaintiff's claims are dismissed with prejudice. The parties will bear their respective costs, including attorney's fees.

This the 5th day of September, 2014.

WE ASK FOR THIS:

DEPUY SYNTHES SALES, INC.,

______________________________
Counsel

David E. Constine, III (VSB No. 23223)
Stephen C. Piepgrass (VSB No. 71361)
Rebecca E. Ivey (VSB No. 76873)
Troutman Sanders LLP
1001 Haxall Point, PO Box 1122 (23218)
Richmond, VA 23219
Telephone: (804) 697-1258
Facsimile: (804) 698-5131
david.constine@troutmansanders.com
stephen.piepgrass@troutmansanders.com
rebecca.ivey@troutmansanders.com

Elizabeth S. Flowers (VSB No. 78487)
Troutman Sanders LLP
222 Central Park Avenue, Suite 2000
Virginia Beach, VA 23462
Telephone: (757) 687-7765
Facsimile: (757) 687-1504
liz.flowers@troutmansanders.com

MICHAEL JONES and JACOB SCHOOLS

Counsel

Christian Lee Connell, Esq.
555 E. Main Street, Suite 1410
Norfolk, VA 23510-3670
Phone: (757) 533-6500
Fax: 757-533-6565
Email: christian.connell@verizon.net

SKY SURGICAL, INC.

Counsel

Kevin Edward Martingayle, Esq.
Bischoff Martingayle, P.C.
3704 Pacific Avenue, Suite 300
Virginia Beach, VA 23451
Phone: (757) 233-9991
Fax: (757) 428-6982
Email: martingayle@bischoffmartingayle.com